**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DE-CHU CHRISTOPHER TANG,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-21-3283 |
| **ALTIMMUNE, INC.,** *et al.*, | * | |
| Defendants. | * | |

**ORDER**

For the reasons stated in the memorandum issued this same date, it is, this 24th day of March 2023 hereby ORDERED that:

1. The defendants' Motion to Dismiss, ECF 22, is GRANTED;

2. The plaintiff's claims against Dr. Garg and Dr. Drutz are DISMISSED WITHOUT PREJUDICE;

3. The plaintiff's claims against Altimmune, Inc. are DISMISSED WITH PREJUDICE; and

4. The Clerk SHALL CLOSE this case and mail a copy of this Order and the accompanying Memorandum to the parties.

Deborah L. Boardman
United States District Judge